```
                                    FILED
                         CLERK, U.S.D.C. SOUTHERN DIVISION

                               NOV - 4 2009

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  vs.  <br>  Strong, Damian Terell  <br>  Defendant. | Case No.: SACR 05-5-JVS  <br>  ORDER OF DETENTION AFTER HEARING  <br>  [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___background community ties unknown; bail resources unknown; assoc w/multiple personal identifiers___

and/or

B.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on ___criminal history record_____

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: __11/3/09__

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE